EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>564-2016-01135 |
|---|---|---|

Oklahoma Attorney General's Office, Office of CR Enforcement _and EEOC_
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ricky T. Langkamp | (918) | 1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box , Pryor, OK | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MAYES EMERGENCY SERVICE TRUST AUTHORITY | 15 - 100 | (918) 825-6825 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4144 Redden Street, Pryor, OK 74361 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 03-08-2016  Latest: 06-16-2016<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I've been employed since on or about March 12, 2003 in the position of Executive Director. I suffer from several debilitating injuries and disabilities which the employer is aware of. Since my wife, Darla Langkamp, filed a charge of employment discrimination, I have been retaliated against. I have been stripped of many of my job duties, restrictions have been placed on my authority as Executive Director, I was given a negative job evaluation, and I have been accused of mismanagement and financial improprieties.

II. No reason has been given for the unlawful conduct. No corrective action has been taken.

III. I believe I have been discriminated against because of my disabilities in violation of The Americans with Disabilities Act of 1990, as amended. I also believe I have been discriminated against because of my association/relationship to an employee, (spouse), who has filed a charge of discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/7/16    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)