RNB/ckc

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  DARLA LANGKAMP, an Individual, | |
|     Plaintiff, | |
| v. | 4:16-CV-676 CVE-FHM |
| 1.  MAYES EMERGENCY SERVICES TRUST AUTHORITY; | |
|     Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rick Langkamp, and defendant, Mayes Emergency Services Trust Authority (MESTA), pursuant to Rule 41(a)(A)(ii), FRCP stipulate to the dismissal of Rick Langkamp's claims in this case against MESTA with prejudice. Rick Langkamp and MESTA agree to be responsible for their own attorney fees and costs. Rick Langkamp agrees to waive all appeal rights, regarding the claims he asserted against MESTA in this case.

Respectfully submitted,

s/Eric Anthony Mareshie
Eric Anthony Mareshie, OBA #18180
E. ANTHONY MARESHIE, PLLC
P.O. Box 330161
Tulsa, OK 74133-0161
(918) 519-3771 Telephone
(918) 970-6927 Facsimile
tulsalegal@gmail.com

*-and-*

        A. Laurie Killer, OBA #16857
        KOLLER TRIAL LAW, PLLC
        320 S. Boston, Suite 1130
        Tulsa, OK 74103
        (918) 216-9596 Telephone
        (918) 248-8238 Facsimile
        laurie@kollertriallaw.com
        ATTORNEYS FOR DARLA LANGKAMP

        s/Roger N. Butler, Jr.
        ROGER N. BUTLER, JR., OBA #13668
        EDWARD J. MAIN, OBA #11912
        **SECREST HILL BUTLER & SECREST**
        7134 South Yale, Suite 900
        Tulsa, OK 74136-6360
        (918) 494-5905 Telephone
        (918) 494-2847 Facsimile
        rbutler@secresthill.com
        emain@secresthill.com
        ATTORNEYS FOR DEFENDANT MAYES
        EMERGENCY SERVICES TRUST AUTHORITY

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 7, 2018, I electronically transmitted the above and foregoing doucment to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| E. Anthony Mareshie, Esq. | tulsalegal@gmail.com |
| Andy A. Artus, Esq. | aaa@czwlaw.com |
| Jamison C. Whitson, Esq. | jcw@czwlaw.com |

        s/Roger N. Butler, Jr.

F:\WPDOCS\Glatfelter\16003 Langkamp v. MESTA III (federal court)\Closing Papers\Dismissal Rick Langkamp.doc